UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE JONY ROMERO,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>WARDEN,<br><br>　　　　　Respondent. | No. 2:23-cv-0760 DB P<br><br><br>ORDER |

Petitioner filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner seeks an order from the court ordering the Bureau of Prisons (BOP) to apply his earned time credits in accordance with the First Step Act.[1] (ECF No. 1.) Presently before the court is the government's motion for an extension of time to file a response or motion to dismiss. (ECF No. 7.) In support of the motion, counsel for respondent states a request has been transmitted to BOP for necessary documents and BOP has indicated additional time is needed to obtain the documents.

////

////

---

[1] The First Step Act made changes to the duration of federal prison sentences, such as incentivizing participation in programs and productive activities by awarding time credits against their sentences. See Pub. L. No. 115-391, 132 Stat. 5194; see also 18 U.S.C. § 3632(d)(4).

1

Good cause appearing, the court will grant the motion. Accordingly, IT IS HEREBY ORDERED that:

1. Respondent's request for an extension of time to file a response or motion to dismiss the petition for writ of habeas corpus (ECF No. 7) is granted.

2. Respondent shall file a response or motion to dismiss on or before December 12, 2023.

Dated: November 15, 2023

/s/DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:12
DB/DB Prisoner Inbox/Habeas/R/rome0760.eot(govt)