UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE JONY ROMERO,<br><br>    Petitioner,<br><br>    v.<br><br>WARDEN,<br><br>    Respondent. | No. 2:23-cv-00760-DAD-DB (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMMENDATIONS<br><br>(Doc. Nos. 11, 12) |

Petitioner Jose Jony Romero is a federal prisoner proceeding *pro se* with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 25, 2024, the assigned magistrate judge issued findings and recommendations recommending that this action be dismissed, without prejudice, due to petitioner's failure to comply with the court's order and failure to prosecute this action.  (Doc. No. 12.)  In particular, two of the court's orders were served on petitioner by mail at his address of record, and the service copies of those orders were returned to the court as "undeliverable, no longer in custody" and "undeliverable, no longer here."  (*See* Doc. Nos. 8, 10.)  Petitioner was thus required to file a notice of his change of address with the court no later than February 12, 2024 and March 4, 2024.  To date, petitioner has not filed a notice of his change of address or otherwise communicate with the court.

1

The findings and recommendations were served upon the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service.[1] (*Id*. at 1–2.) To date, no objections have been filed, and the time in which to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the pending findings and recommendations are supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on June 25, 2024 (Doc. No. 12) are adopted in full;
2. The petition for writ of habeas corpus (Doc. No. 1) is dismissed, without prejudice;[2]
3. Respondent's pending motion to dismiss (Doc. No. 11) is denied as having been rendered moot by this order; and
4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **July 16, 2024**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

---

[1] The service copy of the pending findings and recommendations, which was mailed to petitioner at his address of record, was also returned to the court as "undeliverable, no longer here."

[2] Because petitioner is a federal prisoner bringing a § 2241 petition, a certificate of appealability is not required. *See Harrison v. Ollison*, 519 F.3d 952, 958 (9th Cir. 2008) ("The plain language of [28 U.S.C.] § 2253(c)(1) does not require a petitioner to obtain a COA in order to appeal the denial of a § 2241 petition.").